THE FIRST GENERAL OR SIX PRINCIPLE BAPTIST SOCIETY OF WILLETT, Appellant, *v.* AARON B. LOOMIS, as President of THE FREE WILL BAPTIST SOCIETY OF WILLETT, Respondent.

(Argued March 19, 1889; decided April 16, 1889.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made November 23, 1888, which reversed an order of Special Term denying a motion by defendant to vacate an attachment and granted said motion.

*Franklin Pierce* for appellant.

*W. J. Mantanye* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

ALMIRA LEE, Appellant, *v.* THE CO-OPERATIVE LIFE AND ACCIDENT ASSOCIATION OF THE UNITED STATES, Respondent.

(Submitted March 19, 1889; decided April 16, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 23, 1888, which reversed an order denying a motion by defendant to vacate an attachment and granted said motion.

*Abel Crook* for appellant.

*Leeds & Morse* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.